IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 08- 04 |
| | ) | |
| CARLOS GONZALEZ-ORTIZ, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION AND ORDER FOR ARREST WARRANT**

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Edmond Falgowski, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court for the issuance of an arrest warrant for the arrest and apprehension of Carlos Gonzalez-Ortiz, pursuant to an Indictment returned against him by the Federal Grand Jury on January 10, 2008.



COLM F. CONNOLLY
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney

Dated: 1-10-08

AND NOW, this 10th day of January, 2008, upon the foregoing Motion, **IT IS ORDERED** that an arrest warrant issue for the arrest and apprehension of CARLOS GONZALEZ-ORTIZ.



_____
Honorable Leonard P. Stark
United States Magistrate Judge

FILED
JAN 10 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE