IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Criminal Action No. 08-04 |
| CARLOS GONZALEZ-ORTIZ, | ) ) ) | |
| Defendant. | ) | |

## MOTION FOR DETENTION HEARING

**NOW COMES** the United States and moves for the pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142(e) and (f). In support of the motion, the United States alleges the following:

1. **Eligibility of Case**. This case is eligible for a detention order because case involves **(check all that apply)**:

     \_\_\_\_\_   Crime of violence (18 U.S.C. § 3156)

     \_\_\_\_\_   Maximum sentence life imprisonment or death

     \_\_\_\_\_   10+ year drug offense

     \_\_\_\_\_   Felony, with two prior convictions in above categories

     \_\_\_\_\_   Minor victim

     \_\_\_\_\_   Possession/ use of firearm, destructive device or other dangerous weapon

     \_\_\_\_\_   Failure to register under 18 U.S.C. § 2250

     __X__    Serious risk defendant will flee

     \_\_\_\_\_   Serious risk obstruction of justice



FILED

MAR 5 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2. **Reason For Detention.** The court should detain defendant because there are no conditions of release which will reasonably assure (**check one or both**):

   __X__ Defendant's appearance as required

   ____ Safety of any other person and the community

3. **Rebuttable Presumption.** The United States will/will not invoke the rebuttable presumption against defendant under § 3142(e). (If yes) The presumption applies because (**check one or both**):

   ____ Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. § 924(c), or a federal crime of terrorism, or a specified offense (_____) with minor victim

   ____ Previous conviction for "eligible" offense committed while on pretrial bond

4. **Time For Detention Hearing.** The United States requests the court conduct the detention hearing,

   ____ At first appearance

   __X__ After continuance of _3_ days (not more than 3).

5. **Temporary Detention.** The United States request the temporary detention of the defendant for a period of _10_ days (not more than 10) so that the appropriate officials can be notified since (**check 1 or 2, and 3**):

   ____ 1. At the time the offense was committed the defendant was:

   　　____ (a) on release pending trial for a felony;

   　　____ (b) on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence for an offense;

   　　____ (c) on probation or parole for an offense.

   __X__ 2. The defendant is not a citizen of the U.S. or lawfully admitted for permanent residence.

   ____ 3. The defendant may flee or pose a danger to any other person or the community.

6. **Other Matters.**

<u>The defendant previously was deported to Guatemala (2003)</u>

DATED this 5th day of March, 2008.



Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney