THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 08-004 JJF |
| | : | |
| CARLOS GONZALEZ-ORTIZ, | : | |
| | : | |
| Defendant. | : | |

### O R D E R

WHEREAS, the Court has been notified that a Memorandum
of Plea Agreement has been reached;

NOW THEREFORE, IT IS ORDERED that a Rule 11 hearing will
be held on **Friday, April 25, 2008 at 1:00 p.m.**, in Courtroom No.
4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

April 3, 2008
DATE

UNITED STATES DISTRICT JUDGE



FILED

APR - 3 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE